# EXHIBIT A

# TO BE FILED UNDER SEAL