**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 9:15-cv-80994-WJZ**

**CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY,**

**Plaintiffs,**

**VS.**

**SKY TOXICOLOGY, LTD., SKY TOXICOLOGY LAB MANAGEMENT, LLC, FRONTIER TOXICOLOGY, LTD., AND HILL COUNTRY TOXICOLOGY, LTD.,**

**Defendants.**
_______________________________________/

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (collectively, "Cigna") and Defendants Sky Toxicology, Ltd., Sky Toxicology Lab Management, LLC, Frontier Toxicology, Ltd., and Hill Country Toxicology, Ltd. (collectively, "Sky Labs," and together with Cigna, the "Parties") reached an agreement to resolve all claims asserted in this action. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs and Defendants hereby stipulate and move the Court to dismiss this action with prejudice.

Each party shall be responsible for its own attorneys' fees and expenses. Costs shall be taxed against the party incurring same.

Dated: May 12, 2016

Respectfully submitted,

*/s/ Ardith Bronson*
Ardith Bronson (FBN 423025)
ardith.bronson@dlapiper.com
Michael G. Austin (FBN 457205)
michael.austin@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Tel.: 305.423.8562
Fax: 305.675.6366

***COUNSEL FOR PLAINTIFFS***

*/s/ J. Douglas Sutter*
J. Douglas Sutter
dsutter@ksklawyers.com
Kelly, Sutter & Kendrick, P.C.
3050 Post Oak Blvd.
Suite 200
Houston, Texas 77056
Tel.: 713-595-6000
Fax: 713-595-6001

Robert N. Nicholson
Robert@NicholsonEastin.com
Nicholson & Eastin, LLP
707 NE Third Ave., Suite 301
Fort Lauderdale, Florida 33304
Tel. (954) 634-4400
Fax: (954) 634-4418

***COUNSEL FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on May 12, 2016, and has been served on all counsel who have consented to electronic service.

*/s/ Ardith Bronson*
Ardith Bronson