UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80994-CIV-ZLOCH

CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,

Plaintiffs,

vs.

**FINAL ORDER OF DISMISSAL**

SKY TOXICOLOGY, LTD., SKY TOXICOLOGY LAB MANAGEMENT, LLC, FRONTIER TOXICOLOGY, LTD., AND HILL COUNTRY TOXICOLOGY, LTD.,

Defendant.
_____________________________________/

THIS MATTER is before the Court upon the Agreed Motion To Dismiss With Prejudice (DE 42) filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Agreed Motion To Dismiss With Prejudice (DE 42) filed herein by all Parties, be and the same is hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2016.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record